IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

PLAZA CONSTRUCTION GROUP
FLORIDA, LLC,

        Plaintiff,

v.

PRH NE 31ST STREET, LLC,

        Defendant.

_____/

## NOTICE OF REMOVAL

Defendant PRH NE 31ST STREET, LLC ("Defendant"), by and through its undersigned counsel, hereby files its Notice of Removal of the action entitled *Plaza Construction Group Florida, LLC v. PRH NE 31ST Street, LLC*, Case No. 2017-020742-CA-01, Eleventh Judicial Circuit, Miami-Dade County, Florida (the "**State Action**") to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441 and 1446.

In support of its Notice of Removal, Defendant states as follows:

1. Plaintiff filed a Complaint (the "Complaint") in the State Action on August 24, 2017. A copy of the Complaint is attached hereto as Exhibit A.

2. As of the time of the filing of the instant Notice of Removal, Defendant has not been served with a copy of the Summons or the Complaint. (*See* Decl. of Teresa Roque, attached as Exhibit B).

3. Plaintiff and Defendant are citizens of different States. (*See, e.g.,* Compl. at ¶¶ 9-10, and Exhibit A thereto at p. 1; *see also* Exhibit C).

4. As alleged in the Complaint, the amount in controversy in this matter exceeds $5,000,000. (*See* Exhibit A, Compl. at ¶ 1).

5. Pursuant to 28 U.S.C. § 1332(a)(1), the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between— (1) citizens of different States."

6. Because Plaintiff and Defendant are citizens of different States and the amount in controversy in this matter exceeds $75,000, exclusive of interests and costs, diversity jurisdiction exists in this matter.

7. In compliance with 28 U.S.C. § 1446(a), Defendant states that it has not been served with any copies of all process, pleadings, and orders in the State Action. The documents that are available on the docket in the State Action, other than the Complaint which has already been attached hereto as Exhibit A, are attached as Exhibit D.

8. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice is being given to Plaintiff and a Notice of Removal, together with a copy of this Notice, is being filed contemporaneously with the Clerk of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

9. Defendant hereby reserves all defenses, affirmative defenses and motions arising out of or in connection with this action.

Respectfully submitted,
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas,
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email:  thomasmic@gtlaw.com
barnettch@gtlaw.com
campl@gtlaw.com
smithgra@gtlaw.com

*/s/*  Lindsey Reagan Camp
GRAHAM M. SMITH
Florida Bar No. 107554
MICHAEL J. THOMAS
Florida Bar No. 21309
CHRISTOPHER L. BARNETT
Florida Bar No.: 0360510
LINDSEY REAGAN CAMP
Florida Bar No.: 84138

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record via electronic mail and U.S. first class mail.

Sean M. Dillon
Liana S. Madison
Moye, O'Brien, Pickert & Dillion, LLP
800 S. Orlando Ave.
Maitland, Florida 32751
sdillon@moopd.com
lmadison@moopd.com

*/s/*  Lindsey Reagan Camp