IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:17-cv-23284-DPG

PLAZA CONSTRUCTION GROUP
FLORIDA, LLC, a Delaware limited liability
company,

        Plaintiff,

vs.

PRH NE 31ST STREET, LLC, a Florida
limited liability company,

        Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant PRH NE 31st Street, LLC, a Florida limited liability company ("Owner" or "Defendant"), by and through its undersigned counsel, files this Certificate of Interested Parties and states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case.

    a. Plaintiff Plaza Construction Group Florida, LLC, any parent companies or affiliates identified by Plaintiff in its Certificate of Interested Persons, and CCA Building LLC;

    b. Defendant PRH NE 31st Street, LLC. Parent companies and/or affiliates of PRH NE 31st Street that may have an interest in the outcome of this action are PRH Investments, LLC, PRH Related Holdings, LLC, Perez Ross Holdings, LLC, Jorge M. Perez Holdings, Ltd., Related NY Holdings, LLC, JMP Holdings GP, LLC, Related Florida, Inc., and The Related Group, a Florida general partnership;[1]

---

[1] Each one of these entities has affiliates that do not have a interest in the outcome of this action. These uninterested affiliates are not identified in this certificate.

      c.      Defendant's counsel:  Greenberg Traurig, P.A.;

- Michael J. Thomas, Esq.
- Christopher Barnett, Esq.
- Lindsey R. Camp, Esq.
- Graham M. Smith, Esq.

      d.      Plaintiff's counsel:  Moye, O'Brien, Pickert & Dillon, LLP;

- Sean M. Dillon, Esq.
- Liana S. Madison, Esq.

      e.      Carlos Rosso;

      f.      Jorge M. Perez;

      g.      Jorge M. Perez 2002 Family Trust;

      h.      Jorge M. Perez 2012 Family Trust; and

      i.      American Home Assurance Company

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      a.      None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a.      None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a.      Defendant PRH NE 31st Street, LLC

5. I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted, this 27th day of September, 2017, by:

> GREENBERG TRAURIG, P.A.
> 333 S.E. 2nd Avenue, Suite 4400
> Miami, Florida 33131
> Telephone: (305) 579-0500
> Facsimile: (305) 579-0717
> Email:  thomasmic@gtlaw.com
> barnettch@gtlaw.com
> campl@gtlaw.com
> smithgra@gtlaw.com
>
> */s/ Lindsey Reagan Camp*
> MICHAEL J. THOMAS
> Florida Bar No. 21309
> LINDSEY REAGAN CAMP
> Florida Bar No.: 84138
> CHRISTOPHER L. BARNETT
> Florida Bar No.: 0360510
> GRAHAM M. SMITH
> Florida Bar No. 107554
>
> *Counsel for Defendant-Counterclaimant*
> *PRH NE 31st Street, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Sean M. Dillon
Liana S. Madison
Moye, O'Brien, Pickert & Dillion, LLP
800 S. Orlando Ave.
Maitland, Florida 32751
sdillon@moopd.com
lmadison@moopd.com

*/s/ Lindsey Reagan Camp*