IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23284-DPG

PLAZA CONSTRUCTION GROUP
FLORIDA, LLC,

    Plaintiff,

v.

PRH NE 31ST STREET, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS, WITHOUT PREJUDICE**

Plaintiff Plaza Construction Group Florida, LLC and Defendant PRH NE 31st Street, LLC (collectively, the "Parties"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismiss, without prejudice, all claims and counterclaims asserted in this Action. Each side agrees to bear its own attorneys' fees and costs incurred in this Action.

Dated: February 27, 2018

Respectfully submitted,

*/s/ Sean M. Dillon*
SEAN M. DILLON
Florida Bar No. 75388
sdillon@moopd.com
LIANA S. MADISON
Florida Bar No. 117039
lmadison@moopd.com
MOYE, O'BRIEN, PICKERT & DILLON, LLP
800 South Orlando Avenue
Maitland, Florida 32751
(407) 622-5250 Telephone
(407) 622-5440 Facsimile

Attorneys for Plaintiff

CASE NO. 1:17-cv-23284-DPG

/s/ Michael J. Thomas
MICHAEL J. THOMAS
Florida Bar No. 23109
thomasmic@gtlaw.com
CHRISTOPHER L. BARNETT
Florida Bar No. 0360510
barnettch@gtlaw.com
LINDSEY REAGAN CAMP
Florida Bar No. 84138
campl@gtlaw.com
GRAHAM M. SMITH
Florida Bar No. 107554
smithgra@gtlaw.com
GREENBERG TAURIG, P.A.
333 Avenue of the Americas, Suite 4400
Miami, Florida 33131
(305) 579-0500 Telephone
(305) 579-0717 Facsimile

Attorneys for Defendant

CASE NO. 1:17-cv-23284-DPG

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Sean M. Dillon<br>
Liana S. Madison<br>
Moye, O'Brien, Pickert & Dillion, LLP<br>
800 S. Orlando Ave.<br>
Maitland, Florida 32751<br>
sdillon@moopd.com<br>
lmadison@moopd.com

*/s/ Lindsey Reagan Camp*